IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DIONNY BAEZ** <br> 4153 M. Street <br> Philadelphia, PA 19124 <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAM RODRIGUEZ** <br> 221 Edenberry Way <br> Easley, SC 29642 <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No.: 07-1517PLF |

### MOTION FOR LEAVE OF THE COURT FOR PLAINTIFF TO ISSUE SUPENAS TO THE TELEPHONE COMPANY AND INTERNET PROVIDER OF THE DEFENDANT FOR THE LIMITED PURPOSE OF OBTAINING THE CURRENT ADDRESS OF THE DEFENDANT SO SERVICE CAN BE OBTAINED

COMES NOW the Plaintiff, Dionny Baez, by and through counsel, The Law Office of Jimmy A. Bell, P.C. and Jimmy A. Bell, Esquire, and respectfully asks this Court to allow Plaintiff to issue subpoenas to the telephone company and internet service providers of the Defendant for the limited purpose of obtaining the current address of Defendant so service of the complaint can be obtained.

For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6(b), this Court may, at any time, and for cause shown, "enlarge the time period for an act required to be done in a specific time."

2. The above-captioned matter was filed on August 27, 2007.

3. A summons was issued in the matter. Plaintiff has attempted to serve the Defendant but the address is not correct. Plaintiff has the phone number and email account of the Defendant but cannot get the current address of the Defendant without a subpoena.

4. The Defendant has knowledge of the lawsuit because he talked to Plaintiff and refused to give his current address.

5. Plaintiff has tried to find the current address by every other means to no avail. Plaintiff has no other means to obtain the current address for Defendant.

6. For this reason, Plaintiff asks this Court to allow Plaintiff to issue subpoenas to the telephone company and internet service providers of the Defendant for the limited purpose of obtaining the current address of Defendant so service of the complaint can be obtained.

7. WHEREFORE, for the foregoing reasons, Plaintiff requests that this Honorable Court GRANT Plaintiff's Motion.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Counsel for Plaintiff
Bar No. MD 14639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                              :
**DIONNY BAEZ**                                 :
4153 M. Street                                       :
Philadelphia, PA 19124                        :
                                                              :
         Plaintiff,                                    : Civil Action No.: 07-1517PLF
                                                              :
    v.                                                     :
                                                              :
**WILLIAM RODRIGUEZ**             :
221 Edenberry Way                              :
Easley, SC 29642                                 :
                                                              :
         Defendant.                                :
_____ :

## ORDER

Upon review of Plaintiff's Motion to issue subpoenas to the telephone company and internet service providers of the Defendant for the limited purpose of obtaining the current address of Defendant so service of the complaint can be obtained and in the interest of justice, it is this _____ day of _____ , 2007, hereby

ORDERED that the Plaintiff's Motion shall be and the same is hereby GRANTED.

_____
United States District Judge
for the District of Columbia

1