IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            :
**DIONNY BAEZ**                             :
4153 M. Street                              :
Philadelphia, PA 19124                      :
                                            :
        Plaintiff,                          : Civil Action No.: 07-1517PLF
                                            :
    v.                                      :
                                            :
**WILLIAM RODRIGUEZ**                       :
221 Edenberry Way                           :
Easley, SC 29642                            :
                                            :
        Defendant.                          :
_____

### MOTION FOR LEAVE OF THE COURT TO RE-ISSUE SSUMMONS FOR THE DEFENDANT

COMES NOW, Plaintiff, by and through his attorney Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully asks this Court to reissue a summons to the Defendant in the above-captioned matter.

For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6(b), this Court may, at any time, and for cause shown, "enlarge the time period for an act required to be done in a specific time."

2. A summons was issued in the matter on August 28, 2007.

3. Plaintiff has discovered that his process server has "lost" the summons.

4. For this reason, Plaintiff asks this Court to reissue a summons to be served, along with the Complaint, to the Defendant.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this

Honorable Court GRANT Plaintiff's Motion.

>Respectfully submitted,
>
>_____/s/_____
>Jimmy A. Bell, Esq.
>Law Office of Jimmy A. Bell, P.C.
>9610 Marlboro Pike
>Upper Marlboro, MD 20772
>(301) 599-7620
>(301) 599-7623 (Fax)
>Counsel for Plaintiff
>Bar No. MD 14639

Dated: December 25, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   :
**DIONNY BAEZ**                    :
4153 M. Street                     :
Philadelphia, PA 19124             :
                                   :
        Plaintiff,                 : Civil Action No.: 07-1517PLF
                                   :
    v.                             :
                                   :
**WILLIAM RODRIGUEZ**              :
221 Edenberry Way                  :
Easley, SC 29642                   :
                                   :
        Defendant.                 :
_____

This matter came before the Court on the Plaintiff's Motion to Re-Issue Summons. Having considered Plaintiff's Motion, any opposing documents, and in the interests of justice, it is this _____ day of _____, 2007, hereby

ORDERED that Plaintiff's Motion to Re-Issue the Summons is GRANTED.

_____
United States District Court Judge