IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DIONNY BAEZ** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No.: 07-1517 (PLF) |
| v. | : | |
| **WILLIAM RODRIGUES** | : | |
| Defendant. | : | |

### PLAINTIFF'S RESPONSE TO THIS COURT'S SHOW CAUSE ORDER

COMES NOW Plaintiff, Dionny Beaz, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C. and hereby submits this Response to this Court's Show Cause Order.

For cause, Plaintiff states as follows:

1. Plaintiff filed his Complaint on August 27, 2007.

2. Plaintiff had to request a subpoena of phone and internet records in an attempt to locate Defendant.

3. Plaintiff thereafter moved to have this Court re-issue the summons for Defendant on December 25, 2007, which this Court granted on January 4, 2008.

4. Plaintiff has been diligently attempting to effectuate service, however, Defendant has been very evasive.

5. 120 days has not passed since this Court granted Plaintiff's Motion to Re-Issue Summons on January 4, 2008.



6. Moreover, while Defendant has not been served with the instant lawsuit, Defendant does have knowledge of the pendancy of said suit.

7. Now Plaintiff has had criminal charges filed against him regarding the same facts contained in Plaintiff's Complaint in the Municipal Court of Philadelphia County, Docket Number: PARS-MC-51-CR-0051884-2007.

8. Plaintiff will be arraigned in the criminal matter on March 13, 2008.

9. Plaintiff has filed a Motion to Stay Proceedings until the Resolution of the Criminal Proceedings pending against Plaintiff.

10. Once the criminal matter has been resolved, Plaintiff intends to amend his Complaint to add a count involving the origin of the criminal charges pending against Plaintiff.

WHEREFORE, Plaintiff respectfully provides this Court with the forgoing as a status report regarding Plaintiff's efforts to serve Defendant and the recent developments involving the initiation of criminal charges against Plaintiff.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (Fax)

