UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DIONNY BAEZ, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1517 (PLF) |
| WILLIAM RODRIGUEZ, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

On February 19, 2008, this Court ordered plaintiff to show cause by March 5, 2008 why this case should not be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Rule 4(m) provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – *must* dismiss the action without prejudice against that defendant or order that service be made within a specified time. But *if* the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m) (emphasis added).

On March 3, 2008, plaintiff filed a motion to stay these proceedings and a "response to this Court's show cause order." The plaintiff's response does not demonstrate good cause for his failure to serve the defendant, as required by the Rule.

Accordingly, it is hereby

ORDERED that this case is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). It is

FURTHER ORDERED that plaintiff's motion to stay these proceedings until completion of a criminal case [5] is DENIED as moot.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 5, 2008